# ELECTRONIC RECORD

COA # 14-13-00259-CR

STYLE: Jose Julian Sanchez v The State of Texas

COA DISPOSITION: Affirmed

DATE: August 21, 2014   Publish: Yes

OFFENSE: Capital Murder

COUNTY: Harris

TRIAL COURT: 262nd District Court

TC CASE #:1335606

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Jose Julian Sanchez v The State of Texas

CCA # _____

____APPELLANT'S____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

____refused_____

DATE: Dec. 17, 2014

JUDGE: PC

CCA Disposition: **1196-14**

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD